UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| JOSUE PAGUADA, on behalf of himself and all others similarly situated, | : | 20-Cv-6960 (SHS) |
| | : | |
| Plaintiffs | | |
| -v- | : | ORDER |
| CONAIR CORPORATION, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A teleconference having been held today, with counsel for all parties participating,

    IT IS HEREBY ORDERED that he next pretrial conference will be held on January 14, 2021, at 12:00 p.m.

Dated: New York, New York
       December 9, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.