UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | | |
|---|---|---|
| JOSUE PAGUADA, on behalf of himself and all others similarly situated, | : | 20-Cv-6960 (SHS) |
| | : | |
| Plaintiffs | | |
| -v- | : | <u>ORDER</u> |
| CONAIR CORPORATION, | : | |
| Defendant. | : | |

---------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    Plaintiff having filed a notice of dismissal [Doc No. 13], and the Clerk of Court having closed this action on March 25, 2020,

    IT IS HEREBY ORDERED that the Clerk of Court is directed to change the caption in this matter as follows:

---------------------------------------------------------------x

| | | |
|---|---|---|
| JOSUE PAGUADA, | : | |
| Plaintiff, | : | |
| -v- | | |
| | : | |
| CONAIR CORPORATION, | | |
| | : | |
| Defendant. | | |

---------------------------------------------------------------x

Dated: New York, New York
       March 26, 2021

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.